Yitzchak Zelman, Esq.
Admitted Pro Hac Vice
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Phone: (732) 695-3282
yzelman@marcuszelman.com

*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| DARYN ROGERS,<br><br>    Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS INC., TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES, LLC, and SYNAPSE CREDIT, LLC,<br><br>    Defendants. | Stipulation of Dismissal<br><br><br><br>Case Number: 2:24-cv-00345-JNP-JCB<br>Judge: Jill N. Parrish |

## STIPULATION OF DISMISSAL AS TO TRANS UNION, LLC

Plaintiff Daryn Rogers and Defendant Trans Union, LLC ("The Parties"), hereby stipulate to the Plaintiff's dismissal of all claims against Defendant **TRANS UNION, LLC**, **only** in the above-captioned matter, with prejudice.

The Parties shall bear their own attorneys' fees and costs incurred in this action as to **TRANS UNION, LLC.**

Dated:        November 17, 2025

| | |
|---|---|
| /s/ Yitzchak Zelman | /s/ Amanda Loughmiller |
| Yitzchak Zelman, Esq. | Amanda Loughmiller, Esq. |
| PRO HAC VICE | QUILLING SELANDER LOWNDS WINSLETT & MOSER |
| MARCUS & ZELMAN LLC | 6900 Dallas Pkwy |
| 701 Cookman Avenue, Suite 300 | Ste 800 |
| Asbury Park, NJ 07712 | Plano, TX 75024 |
| Telephone: 732.695.3282 | Tel: (214) 871-2100 |
| Email: yzelman@marcuszelman.com | Email: aloughmiller@qslwm.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| *Daryn Rogers* | *Trans Union, LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed on November 17, 2025, through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the date of electronic filing.

/s/ Yitzchak Zelman